IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BEVERLY J. GATEWOOD** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1498 (HHK) |
| **ALBERTO R. GONZALES, ATTORNEY GENERAL, UNITED STATES DEPARTMENT OF JUSTICE** | ) |
| Defendant. | ) |

## PRAECIPE

The Clerk of the Court is respectfully requested to enter the appearance of Assistant United States Attorney Wyneva Johnson as counsel for defendant in the above-captioned case.

Respectfully submitted,

WYNEVA JOHNSON
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224