UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BEVERLY J. GATEWOOD** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1498 (HHK) |
| ) | |
| **ALBERTO R. GONZALES, ATTORNEY** ) | |
| **GENERAL, UNITED STATES** ) | |
| **DEPARTMENT OF JUSTICE** ) | |
| ) | |
| Defendant. ) | |
| ) | |

AFFIDAVIT FOR RETURN OF SERVICE

1) I am counsel for Plaintiff Beverly J. Gatewood in the above referenced case. I am submitting this affidavit, pursuant to Rule 4(*l*) of the Federal Rules of Civil Procedure, and Local Rule 5.3 to certify that service was effected upon Defendant in this case in the following manner.

2) I sent a copy of the Complaint in the above captioned matter along with a copy of a Summons in a Civil Case via certified mail, return receipt, number 7099 3400 0018 3588 5176 on September 6, 2005 to: the U.S. Attorney General, Department of Justice, 10th Street & Constitution Avenue, N.W., Washington, DC, 20530. Signed receipt of the Complaint and Summons was made on September 10, 2005. Copies of the certified Mail Receipt, as well as the Return Card are attached.

In accordance with the provisions of 28 U.S.C. §1746, I declare under penalty of perjury that the facts contained in the foregoing statement are true and correct to the best of my knowledge, information and belief.

___10/06/05_____         _____/s_____
Dated                                                      Camilla C. McKinney, Esq.

### CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October, 2005, I caused a true and correct copy of the foregoing Affidavit for Return of Service to be served electronically to:

Wyneva Johnson
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, E-4106
Washington, DC 20530

                                                             _____/s_____
                                                             Camilla C. McKinney