**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7099 3400 0018 3588 5169

WASHINGTON DC 20530

| | | |
|---|---|---|
| Postage | $ | $1.04 |
| Certified Fee | | $2.30 |
| Return Receipt Fee (Endorsement Required) | | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.11 |

Postmark Here — MARTIN LUTHER KING STATION WASHINGTON DC 09/06/2005

Recipient's Name (Please Print Clearly) (to be completed)
Kenneth L. Wainstein, U.S. Attorney
Street, Apt. No.; or PO Box No.
555 Fourth St., NW
City, State, ZIP+4
Washington, D.C. 20530

PS Form 3800, February 2000

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kenneth L. Wainstein
U.S. Attorney
555 Fourth St., NW
Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)      B. Date of Delivery

C. Signature
X                                           ☐ Agent
                                            ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7099 3400 0018 3588 5169

PS Form 3811, July 1999      Domestic Return Receipt      102595-00-M-0952