Respectfully submitted,

_____
KENNETH L. WAINTSTEIN, D.C. Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_____
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by mail, postage prepaid, to:

Camilla C. McKinney
Law Offices of Camilla C. McKinney, PLLC
1100 15th Street, N.W.
Suite 300
Washington, D.C. 20005

on this _____ day of November, 2005.

_____
Wyneva Johnson
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7224

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BEVERLY J. GATEWOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1498 (HHK) |
| ) | |
| ALBERTO R. GONZALES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

UPON CONSIDERATION of Defendant's Unopposed Motion for Enlargement of Time, any Opposition thereto, and for good cause shown, it is this ____ day of _____ 2005,

ORDERED, that Defendant's Unopposed Motion for Enlargement of Time is GRANTED, and it is,

FURTHER ORDERED that Defendant shall have up to and including November 14, 2005, to file an answer to plaintiff's complaint.

_____
UNITED STATES DISTRICT JUDGE

**Attorney for Defendant**
Wyneva Johnson
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

**Attorney for Plaintiff**
Camilla C. McKinney
Law Offices of Camilla C. McKinney, PLLC
1100 15th Street, NW
Suite 300
Washington, D.C. 20005