UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEVERLY J. GATEWOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1498 (HHK) |
| ) | |
| ALBERTO R. GONZALES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b), Fed. R. Civ. P., defendant, through counsel, respectfully moves this Court for an enlargement of time until November 14, 2005, to answer plaintiff's complaint. Plaintiff's counsel does not oppose the request for enlargement of time.

The Civil Division processing clerk received the complaint on September 14, 2005. Thus, defendant had anticipated that defendant's answer to the complaint would be due on November 14, 2005. In addition, counsel has been involved in substantial litigation in Banks v. Veneman C.A. No. 04-0441 (GK). The additional time is requested so counsel can complete the coordination with the agency for the filing of defendant's answer.

This request for enlargement of time is made in good faith and is in no way designed to delay the proceedings.