UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEVERLY J. GATEWOOD,<br><br>        Plaintiff,<br><br>v.<br><br>ALBERTO R. GONZALES,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-1498 (HHK)<br>)<br>)<br>)<br>)<br>) |

**PARTIES' JOINT REPORT PURSUANT TO LOCAL RULE 16.3**

The Parties present their report of issues as required by Local Rule 16.3 and the Court's February 16, 2006 Order for Initial Scheduling Conference.

1.    <u>Statement of the Case</u> - Plaintiff Beverly J. Gatewood brings this suit pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000-e, *et seq.*, alleging that the Department of Justice, Federal Bureau of Investigation, discriminated against her because of race (African-American). Defendant denies Plaintiff's allegations and further denies that Plaintiff was subjected to adverse or disparate treatment in comparison to other employees.

2.    <u>Dispositive Motions</u> - Plaintiff does not believe that this case can be decided by dispositive motion. Defendant believes that this case can be decided by dispositive motion and recommends management of this case as set forth herein.

3.    <u>Joinder of Parties/Amendment of Complaint/Narrowing of Issues</u> - The Parties do not anticipate that any additional parties will be joined. The Parties do not believe that the issues in the case

can be further narrowed prior to discovery.

4. <u>Magistrate Judge</u> - The Parties do not consent to referral of this case to a Magistrate Judge with the following exceptions. Plaintiff proposes that the case be referred to a Magistrate Judge for discovery matters and settlement discussions at the Court's convenience. Defendant does not consent to referring the case to a Magistrate Judge except for settlement discussions.

5. <u>Possibility of Settlement</u> - It is unclear whether there is a realistic possibility of settling this case; however, the Parties are open to considering proposals of settlement through the course of the litigation of this suit.

6. <u>ADR</u> - The Plaintiff believes that ADR may be appropriate. Defendant believes that it would be premature to send this case to alternative dispute resolution at this time.

7. <u>Motions</u> - Plaintiff does not believe that the case can be decided by dispositive motion. Defendant believes that Plaintiff's claims can be resolved by a dispositive motion. The Parties agree that the deadline for dispositive motions should be 45 days after the close of discovery with oppositions due 45 days after service of the dispositive motion and reply briefs due 11 days after service of the opposition.

8. <u>Initial Disclosures</u> - The Parties stipulate to dispense with the requirements of Fed. R. Civ. P. 26(a)(1).

9. <u>Discovery</u> - The Parties propose that 150 days be granted for discovery and that each Party be limited to ten (10) depositions and thirty (30) interrogatories, although it is understood that one or both Parties may seek leave from the Court to increase this limit at a future time.

10. <u>Experts</u> - The Parties propose that any expert reports be served within one hundred (100) days after the beginning of discovery, and that any rebuttal expert reports be served thirty (30) days later. All expert depositions will be taken within the discovery period.

12. <u>Class Actions</u> - The provision for class actions is inapplicable in this case.

13. <u>Bifurcation</u> - The Parties agree that there is no need for bifurcation.

14. <u>Pre-trial Conference</u> - The Parties agree that the Court should not set the date for the pretrial conference at this time.

15. <u>Trial Date</u> - The Parties propose that the trial date be set at the final Pretrial Conference or at the Court's convenience.

Respectfully submitted,

| | |
|---|---|
| CAMILLA C. MCKINNEY, Esq.<br>LAW OFFICES OF CAMILLA C. McKINNEY, PLLC<br>1100 15th Street, NW, Suite 300<br>Washington, D.C. 20036<br>(202) 861-2934 | KENNETH L. WAINSTEIN, D.C. Bar # 451058<br>United States Attorney<br><br>RUDOLPH CONTRERAS, D.C. Bar # 434122<br>Assistant United States Attorney<br><br>WYNEVA JOHNSON, D.C. Bar #278515<br>Assistant United States Attorney<br>Judiciary Center<br>555 4th Street, N.W.<br>Civil Division<br>Washington, D.C. 20530<br>(202) 514-7224 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEVERLY J. GATEWOOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 05-1498 (HHK) |
| | ) |
| ALBERTO R. GONZALES, | ) |
| | ) |
| Defendant. | ) |

**SCHEDULING ORDER**

UPON CONSIDERATION OF the parties' Local Civ. R. 16.3 statement, the Court enters the following scheduling order:

1. Discovery will close on _____.

2. Plaintiff's 26(a)(2) report will be due on _____. Defendant's 26(a)(2) report will be due _____.

3. Dispositive motions must be filed by _____. Oppositions are due _____ and reply briefs are due _____.

SO ORDERED THIS _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

cc:

**Attorney for Defendant**
WYNEVA JOHNSON
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., 10-810
Washington, D.C. 20530

**Attorney for Plaintiff**
CAMILLA C. MCKINNEY
1100 15th Street, NW
Suite 300
Washington, DC 20005