UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BEVERLY J. GATEWOOD,**<br><br>              Plaintiff,<br><br>      v.<br><br>**ALBERTO R. GONZALES,**<br><br>              **Defendant.** | Civil Action 05-01498 (HHK) |

## SCHEDULING ORDER

Upon consideration of the parties' Local Civ. R. 16.3 statement, the court enters the following scheduling order:

1. Discovery will close on September 26, 2006.

2. Plaintiff's 26(a)(2) report will be due on August 7, 2006. Defendant's 26(a)(2) report will be due September 6, 2006.

3. Dispositive motions must be filed by November 10, 2006. Oppositions are due December 27, 2006 and reply briefs are due January 8, 2007.

**SO ORDERED**

                                              Henry H. Kennedy, Jr.
                                              United States District Judge

Dated: April 28, 2006