# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| **BEVERLY J. GATEWOOD** | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 05-1498 (HHK) |
|  | ) |
| **ALBERTO R. GONZALES, ATTORNEY** | ) |
| **GENERAL, UNITED STATES** | ) |
| **DEPARTMENT OF JUSTICE** | ) |
|  | ) |
| Defendant. | ) |

_____)

## JOINT MOTION TO EXTEND THE DISCOVERY PERIOD

Plaintiff Beverly J. Gatewood, by and through her undersigned counsel, and Defendant Alberto R. Gonzales, U.S. Department of Justice, hereby respectfully requests an extension of the discovery period until November 30, 2006. In support thereof, the parties state the following:

The parties have served written discovery and noticed several depositions in this case. However, the parties were unable to complete the depositions due to the witnesses' schedule and unavailability. Additionally, defendant has raised concerns about the security clearance associated with the claims in the Complaint and this issue will need to be resolved.

The parties are also seeking to determine whether there can be a resolution in this case.

Therefore, given the foregoing issues, the parties request that the discovery period be enlarged to November 30, 2006, to allow more time to complete discovery.

Respectfully submitted,

_____
CAMILLA C. MCKINNEY, Esq.
LAW OFFICES OF CAMILLA C.
McKINNEY, PLLC
1100 15th Street, NW, Suite 300
Washington, D.C. 20036
(202) 861-2934

_____
KENNETH L. WAINSTEIN,
D.C. Bar # 451058
United States Attorney

_____
RUDOLPH CONTRERAS,
D.C. Bar # 434122
Assistant United States Attorney

_____
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
Judiciary Center
555 4th Street, N.W.
Civil Division
Washington, D.C.  20530
(202) 514-7224

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| **BEVERLY J. GATEWOOD** | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 05-1498 (HHK) |
|  | ) |
| **ALBERTO R. GONZALES, ATTORNEY** | ) |
| **GENERAL, UNITED STATES** | ) |
| **DEPARTMENT OF JUSTICE** | ) |
|  | ) |
| Defendant. | ) |

_____)

## ORDER

Upon consideration of the Parties' Joint Motion to Extend the Discovery Period until November 30, 2006, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED and that parties shall have until November 30, 2006, to complete discovery.

It is so ORDERED this _____ day of _____, 2006.


_____

United States District Judge