**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                            )
**BEVERLY J. GATEWOOD**                  )
                                                            )
                    **Plaintiff,**             )
                                                             )
                      **v.**                      )  **Civil Action No. 05-1498 (HHK)**
                                                             )
**ALBERTO R. GONZALES, ATTORNEY**  )
**GENERAL, UNITED STATES**            )
**DEPARTMENT OF JUSTICE**            )
                                                             )
                    **Defendant.**           )
_____)

**JOINT MOTION TO EXTEND DISCOVERY PERIOD**

Pursuant to Fed.R.Civ.P. 6(b)(2), the parties respectfully request that the Court enlarge by 90 days, to and including February 28, 2007, the deadline for discovery in the above-captioned matter. Fact discovery is currently scheduled to conclude on November 30, 2006.

The parties request additional time to complete discovery and to schedule depositions. This additional time to complete discovery is necessary because Defendant has asserted that certain information and documents in this case are confidential and/or implicate the necessity to have a security clearance. Plaintiff needs additional time to respond to these issues and to enter into a Protective Order. Plaintiff further states that the press of business in other matters has made it difficult to schedule depositions, including Oppositions which must be filed and numerous depositions which are scheduled in unrelated cases. Depositions have been noticed in this case, but some of the witnesses have been unavailable and may require out of town travel.

These circumstances make it necessary for parties to request an extension through and including February 28, 2007. Wherefore, parties move for an extension of ninety days of the discovery period until February 28, 2007.

Respectfully submitted,

_____  _____
CAMILLA C. MCKINNEY, Esq.    KENNETH L. WAINSTEIN,
LAW OFFICES OF CAMILLA C.    D.C. Bar # 451058
McKINNEY, PLLC               United States Attorney
D.C. Bar No. 448776
1100 15th Street, NW, Suite 300
Washington, D.C. 20036
Attorneys for Plaintiff
(202) 861-2934

_____
RUDOLPH CONTRERAS,
D.C. Bar # 434122
Assistant United States Attorney

_____
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
Judiciary Center
555 4th Street, N.W.
Civil Division
Washington, D.C. 20530
(202) 514-7224

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BEVERLY J. GATEWOOD**<br><br>        Plaintiff,<br><br>    v.<br><br>**ALBERTO R. GONZALES, ATTORNEY GENERAL, UNITED STATES DEPARTMENT OF JUSTICE**<br><br>        Defendant. | Civil Action No. 05-1498 (HHK) |

### ORDER

Upon consideration of the Parties' Joint Motion to Extend the Discovery Period until February 28, 2007, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED and that parties shall have until February 28, 2007, to complete discovery.

It is so ORDERED this _____ day of _____, 2006.

_____
United States District Judge