# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **BEVERLY J. GATEWOOD** ) ) | |
| Plaintiff, ) ) | |
| v. ) | Civil Action No. 05-1498 (HHK) |
| ) | |
| **ALBERTO R. GONZALES, ATTORNEY GENERAL, UNITED STATES DEPARTMENT OF JUSTICE** ) ) ) ) | |
| Defendant. ) | |

## CONSENT MOTION TO EXTEND THE DISCOVERY PERIOD

Pursuant to Fed.R.Civ.P. 6(b)(2), Plaintiff Beverly J. Gatewood, by and through her undersigned counsel, hereby respectfully requests an enlargement of the discovery period by ninety (90) days or until May 24, 2007. Fact discovery is currently scheduled to conclude on February 28, 2007. Counsel for Plaintiff has discussed this Motion with Defendant and Defendant will not oppose the Motion. In support thereof, Plaintiff states the following:

Plaintiff requests the additional time in order to complete discovery and to schedule depositions. This additional time to complete discovery is necessary because Defendant has asserted that certain information and documents in this case are confidential and/or implicate the necessity to have a security clearance. Plaintiff therefore needs additional time to respond to these issues and, in particular, Plaintiff anticipates that new counsel will be retained to advise Plaintiff regarding the security issues raised by Defendant.

These circumstances make it necessary for the Plaintiff to request an extension of the discovery deadline through and including May 24, 2007 so that Plaintiff may determine how to address the security clearance issues. Wherefore, Plaintiff moves for an extension by ninety (90) days of the discovery period until May 24, 2007.

Dated February 27, 2007

Respectfully submitted,

_____
Camilla C. McKinney
Law Offices of Camilla C. McKinney
1100 Fifteenth Street, N.W., Suite 300
Washington, D.C. 20005
(202) 861-2934 (telephone)
(202) 514-9111 (facsimile)
Attorney for Plaintiff Beverly J. Gatewood

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of February, 2007, I caused a true and correct copy of the foregoing Consent Motion to Extend the Discovery Period to be served electronically to:

Wyneva Johnson
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, E-4106
Washington, DC 20530

_____/s_____
Camilla C. McKinney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BEVERLY J. GATEWOOD**          )<br>                                                            )<br>                    Plaintiff,           )<br>                                                            )<br>          v.                                              )   Civil Action No. 05-1498 (HHK)<br>                                                            )<br>**ALBERTO R. GONZALES, ATTORNEY** )<br>**GENERAL, UNITED STATES**        )<br>**DEPARTMENT OF JUSTICE**         )<br>                                                            )<br>                    Defendant.         )<br> | |

**ORDER**

Upon consideration of the Plaintiff's Consent Motion to Extend the Discovery Period until May 24, 2007, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED and that parties shall have until May 24, 2007, to complete discovery.

It is so ORDERED this _____ day of _____, 2007.

_____
United States District Judge