UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BEVERLY J. GATEWOOD**           ) | |
|                                   ) | |
|              Plaintiff,           ) | |
|                                   ) | |
|        v.                         ) | Civil Action No. 05-1498 (HHK) |
|                                   ) | |
| **ALBERTO R. GONZALES, ATTORNEY** ) | |
| **GENERAL, UNITED STATES**        ) | |
| **DEPARTMENT OF JUSTICE**         ) | |
|                                   ) | |
|              Defendant.           ) | |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 83.6(c) undersigned counsel for Plaintiff Beverly J. Gatewood hereby files this Motion to Withdraw Appearance in the above referenced case. Both Plaintiff and undersigned counsel agree to the withdrawal of counsel. It is anticipated that Plaintiff will not file an Opposition and will seek to obtain other counsel. No trial date has been set in this case.

Pursuant to Local Rule 83.6(c) undersigned counsel makes the following certification:

The last known address for Plaintiff Beverly J. Gatewood is 2364 Fairlane Drive, Largo, FL 33771.

Undersigned counsel has served a copy of this Motion to Plaintiff Beverly J. Gatewood and a Notice advising the Plaintiff to obtain other counsel, or, if the Plaintiff intends to conduct the case pro se or to object to the withdrawal, to so notify the Clerk of the Court in writing within five (5) days of service of the Motion upon the Plaintiff.

For all the foregoing reasons, undersigned counsel respectfully requests that the Court grant this motion and withdraw the appearance of undersigned counsel.

Dated: March 12, 2007

> Respectfully submitted,
>
> _____/s_____
> Camilla C. McKinney, Esq.
> DC Bar No. 448776
> Law Offices of Camilla C. McKinney, PLLC
> 1100 Fifteenth Street, N.W., Suite 300
> Washington, D.C. 20005
> (202) 861-2934 (telephone)
> (202) 517-9111 (facsimile)
> ***Attorney for Plaintiff Beverly J. Gatewood***

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March, 2007, I caused a true and correct copy of the foregoing Motion to Withdraw Appearance to be sent to:

Beverly J. Gatewood
2364 Fairlane Drive
Largo, FL 33771
(Via U.S. Mail, postage pre-paid)

Wyneva Johnson
Assistant United States Attorney
Judiciary Center
555 4th Street, N.W.
Civil Division
Washington, D.C. 20530
(Via CM/ECF)

> _____
> Camilla C. McKinney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BEVERLY J. GATEWOOD** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1498 (HHK) |
| ) | |
| **ALBERTO R. GONZALES, ATTORNEY** ) | |
| **GENERAL, UNITED STATES** ) | |
| **DEPARTMENT OF JUSTICE** ) | |
| ) | |
| Defendant. ) | |

Upon consideration of the Motion to Withdraw Appearance, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED.

It is so ORDERED this _____ day of _____, 2007.

_____
US District Court Judge