UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BEVERLY J. GATEWOOD,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**ALBERTO R. GONZALES,**<br><br>　　　　　　Defendant. | Civil Action 05-01498 (HHK) |

## SCHEDULING ORDER

The court hereby enters the following scheduling order:

Any dispositive motion must be filed on or before July 13, 2007. Any opposition thereto shall be filed on or before August 10, 2007, and any reply brief shall be filed on or before August 24, 2007.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: March 15, 2007