UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEVERLY J. GATEWOOD )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALBERTO R. GONZALES, )<br>ATTORNEY GENERAL, )<br>UNITED STATES DEPARTMENT )<br>   OF JUSTICE, )<br>Defendant. )<br>) | Civil Action 05-01498 (HHK) |

ORDER TO SHOW CAUSE

This case was scheduled for a status conference April 27, 2007. Defendant's counsel, Wyneva Johnson and agency counsel, Joy E. Williams, were present. Plaintiff was not present.

Courtroom Deputy Clerk Tanya Johnson stated that she had spoken with Camilla McKinney, plaintiff's former attorney. Ms. McKinney advised Ms. Johnson that she had emailed her former client, advised her of the April 27, 2007 status and asked that plaintiff give her a call. Plaintiff did not respond to Ms. McKinney's email or call.

Ms. Tanya Johnson also advised the court that a notice of the status hearing had been mailed to plaintiff at the following address: 2364 Fairlane Drive, Largo, Florida.

Agency counsel then advised the court that on August 1, 2006, the Merit Systems Protection Board (MSPB) granted plaintiff's application for disability retirement under the Federal Employees Retirement System. As a result, on April 9, 2006, plaintiff was removed from the roles of the Federal Bureau of Investigation (FBI) as part of the relief granted plaintiff by the

MSPB. On January 10, 2007, the FBI's Retirement Office processed plaintiff's final records for distribution to the Office of Personnel Management. As of that date, plaintiff's last known address was documented as 2364 Fairlane Drive, Largo, Florida 33771.

Defendant has made a motion to dismiss this case for want of prosecution.

Plaintiff must show cause, in writing, no later than June 4, 2007, why this case should not be dismissed for want of prosecution.

Henry H. Kennedy, Jr.  
United States District Court Judge

Dated: May 2, 2007