UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEVERLY J. GATEWOOD,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>ALBERTO R. GONZALES,<br><br>　　　　　　Defendant. | Civil Action 05-01498 (HHK) |

**MEMORANDUM**

The above-captioned case was called for a status conference on November 2, 2007. Neither party appeared. This is the second time that plaintiff did not appear for a scheduled hearing. She failed to appear for a status conference on April 27, 2007. After that proceeding, the court ordered plaintiff to show cause why this case should not be dismissed for want of prosecution [#15]. Plaintiff did not file her response to the order to show cause. Instead, she submitted a writing to chambers that addressed her position with respect to the merits of this case.

Because plaintiff has not explained why this case should not be dismissed for want of prosecution and failed to appear for the November 2, 2007, hearing, the court concludes that this action should be dismissed, without prejudice, for failure to prosecute pursuant to LCvR 83.23.

An appropriate order accompanies this memorandum.

　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: November 5, 2007