UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BEVERLY J. GATEWOOD,**<br><br>  Plaintiff,<br><br> v.<br><br>**ALBERTO R. GONZALES,**<br><br>  Defendant. | Civil Action 05-01498 (HHK) |

**O R D E R**

For the reasons set forth in the court's memorandum docketed this same day, it is this 5th day of November, 2007, hereby

**ORDERED** that this case is **DISMISSED, WITHOUT PREJUDICE.**

                              Henry H. Kennedy, Jr.
                              United States District Judge